# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 1228

VERSUS

TRISTEN PENA

**FEBRUARY 23, 2026**

---

In Re:   Tristen Pena, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 592-133.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT